

Professional Service With Integrity For Over 30 Years

April 5, 2023

UNIBANK FOR SAVINGS
49 Church Street
Whitinsville, MA 01588

RE: RISHI KUMAR KAPOOR AND JENNIE ELIZABETH FRANK KAPOOR

To Whom It May Concern:

Enclosed please find the recorded First Preferred Ships Mortgage for
the above referenced client(s).

Upon payment in full, a satisfaction of mortgage should be issued for filing with
the U.S. Coast Guard to formally release the lien. If you are unfamiliar with this
procedure, you may call us and we'll be happy to help you.

Thank you for the opportunity to be of service.

Sincerely,

Debra A. Rich
President

cc: customer

This section reserved for USCG data.

# FIRST PREFERRED SHIP'S MORTGAGE

FIRST PREFERRED SHIP'S MORTGAGE dated __March 13, 2023__ Under the Commercial Instruments and Maritime Lien, and its amendment(s) securing a PROMISSORY NOTE or INSTALLMENT NOTE and/or HYPOTHECATION AGREEMENT dated __3/13/2023__.

This is a Preferred Ship's Mortgage on the Vessel named SUNEETA II being created under Federal Law. The amount of this Mortgage is required to be shown by the Ship Mortgage Act of 1920, and its Amendment(s), in the Loan Amount of $4,282,235.00. This Mortgage also secures repayment of simple interest as it accrues or precomputed interest to appropriate prepayment credit and performance of Mortgage representations, warranties and promises.

1. PARTIES:

MORTGAGOR(S)

RISHI KUMAR KAPOOR AND
JENNIE ELIZABETH FRANK KAPOOR
7233 LOS PINOS BLVD.

CORAL GABLES, FL 33143

OWNER(S)
100%

MORTGAGEE

UNIBANK FOR SAVINGS
49 CHURCH ST
WHITINSVILLE, MA 01588

100%

The words I, Me, Mine, We and Our, mean everyone (Individual(s), Partners, or Corporations) who sign this Mortgage as Mortgagor and, where applicable, other Owner(s), and the Personal Representative(s), Successor(s) and Assign(s) of Mortgagor and any other Owner. The words You and Your mean the Mortgagee and anyone who has Mortgagee's rights under this Mortgage. If this Mortgage is given by a Corporation, the words It and Its may also mean Corporation.]

2. DESCRIPTION OF BOAT: The Boat covered by this Mortgage is described below and is not a Towboat, Barge, Scow, Lighter, Car Float, Canal Boat or Tank Vessel of 25 Gross Tons, as such are defined in 46 U.S.C. Sec. 922.

NAME OF VESSEL: SUNEETA II
HAILING PORT: COCOPLUM, FL
BUILD: PRINCESS
ENGINE(S): Port: 71063968096388 Starboard: 71063968116388
SUMMER MOORING: Cocoplum Yacht Club, 6500 Prado Blvd., Miami, FL 33142
WINTER MOORING: same as above

OFFICIAL NO:
HULLID NO: VSC72041B323
MODEL YEAR: 2023

3. MULTIPLE MORTGAGES: Each person who signs this Mortgage as Mortgagor will be responsible for the full amount of the debt and everything required of Mortgagor, unless specifically stated otherwise below. You may sue one Mortgagor without joining or notifying any Co-Mortgagor. You do not have to notify one Mortgagor that another has defaulted under this Mortgage. You may give one Mortgagor extensions to pay or change or release his responsibility without releasing any Co-Mortgagor in the same way. Each person who signs this Mortgage as an Owner makes all the Title Warranties but none of the other promises.

4. MORTGAGE DEBT: This Mortgage secures my obligation (the debt) now due, or which may become due in the future to you under this Mortgage, and under the Promissory Note, which is now held by you, given by me as Borrower to UNIBANK FOR SAVINGS, as lender, to be secured by this Mortgage on the Boat described above.

5. PROMISE TO PAY: I will pay and perform this debt.

6. GOVERNING LAW: The parties have chosen Federal Law, including but not limited to 46 U.S.C. Section 922 and the sections following the Ship Mortgage Act of 1920, and its amendment(s), to cover all the provisions of this Mortgage. In particular 46 U.S.C. Sec. 926(d) covers the interest provisions of the Promissory Note and this Mortgage. If there are gaps in Federal Law as to non-interest provisions, and only to such extent, the law of the STATE OF MA shall govern this Mortgage.

7. MORTGAGE: To secure the debt, I mortgage to you the whole of the Boat named above and further described in her last Marine

Document, together with all masts, towers, boilers, cables, engines, machinery, sails, rigging, auxiliary boats, anchors, chains, tackle, apparel, bowsprits, furniture, fittings, tools, pumps, radar, and other electronic or other equipment and supplies, and all fishing and other attachments and accessories, now part of the Boat (all called the Boat). If I am not a Corporation, and the boat was purchased primarily for my own non-business use, the lien of this Mortgage shall not cover any items added to the boat more than 10 days after the date of the Promissory Note that are not made a part of the Boat. These excludable items, however, must be identified in writing for your or any appropriate Court Officer before any duly noticed resale of the Boat.

In any event this Mortgage shall cover only items which may be Mortgaged under the Ship Mortgage Act of 1920, and its amendment(s). Although you do not intend to cover any property other than the "vessel" as defined in the Ship Mortgage Act, if a Court says that this Mortgage does cover such other property ("Other Property"), then I can have the "Other Property" separately released from this Mortgage by paying .01% of the then outstanding balance of this Mortgage after any appropriate prepayment credit. Release of such "Other Property" from this Mortgage does not release it from any Security Agreement besides this Mortgage

8. CITIZENSHIP: I am and shall continue to be a Citizen of the United States of America, until this Mortgage is fully paid. If this Mortgage is signed by a Corporation or Partnership, then I certify that at least 75% of the Ownership is and shall continue to be citizens of the United States of America, until this Mortgage is fully paid.

9. RIGHT TO OWN & OPERATE: The Boat is Documented in my name under the Laws of the United States of America. I am the Sole Owner of the Boat and shall remain entitled to own and operate the Boat under her Marine Document. If this Mortgage is given by a Corporation, the Corporation is properly Incorporated and exists in good standing order under the Laws of the State of Incorporation.

10. MARINE DOCUMENT: I shall maintain the Marine Document of the Boat in full force and effect and comply with State Registration Laws wherever the Boat may be.

11. SIGNING AUTHORIZATION & VALIDITY: I have signed or authorized and directed the signing of all papers and taken all actions necessary for the signing and delivery of this Mortgage, the Good Faith Affidavit and the Promissory Note which created the debt secured by this Mortgage. (If this Mortgage is given by a Corporation, the Board of Directors have authorized and directed the signing of all papers and taken all actions necessary for the signing and delivery of this Mortgage, the Good Faith Affidavit, and the Promissory Note which created the debt secured by this Mortgage). The Promissory Note and Mortgage are valid and enforceable.

12. NO PRIOR LIENS: I lawfully own and possess the Boat free from all prior liens and encumbrances, except for the lien of this Mortgage.

13. TITLE WARRANTY: I warrant title to the Boat. This means that I am responsible for your expenses or losses if anyone else successfully claims an interest in the Boat or any part of it.

14. RISK OF LOSS: Damage, destruction, or other loss of the Boat will not release me from my obligation to you. I will let you know as soon as I can if the Boat becomes damaged or destroyed or disappears.

15. INSURANCE & NOTICE OF LOSS: Until I have paid the debt in full, I will insure the Boat at all times for its full insurable value (what it is actually worth) unless you require a replacement cost, up to the amount I owe you under this Mortgage. The Boat must be insured against fire, theft, collision, liability to others for property damage, damage caused by water and weather conditions, and such other hazards as you may reasonably ask me to cover. The Insurance Company must be reasonably acceptable to you. Such insurance must protect you as well as me. Such insurance must name you and/or your assigns as Mortgagees as additional insured and further provide that policies may not be canceled by the Insurance Company providing you and/or your assigns with ten (10) days prior written notice. The Insurance Policy must be written for at least one year at a time. I must pay the premium in advance at the beginning of the policy year. I must give you a bill from the Insurance Company or its agent, or a copy of the declaration sheet of the policy for the new period showing the dollar limits, premium paid, name(s) of insured and the cancellation notice provisions described above. I have authorized the Insurance Company to pay any loss to you. You may sign any proof of loss and endorse any check, draft, or other form of payment issued by the Insurance Company or its agent as a loss payment. If I do not have the insurance at closing or at any time soon after the closing, you may buy insurance to protect you and me, or yourself only, and I will pay the premiums at your request with interest at the Loan Rate(s) in effect under the Promissory Note.

16. USE OF THE BOAT: I will not sell the Boat, pledge it as security, give it away, LEASE IT OR CHARTER IT WITHOUT YOUR WRITTEN PERMISSION, OR CARRY PASSENGERS FOR HIRE, or permit its use for any illegal purpose or let anyone seize the Boat. If I take the Boat to another country I will comply with the laws of the country(ies) and with any treaty(ies) between those countries and the United States of America. Use of the Boat shall be only for the purpose(s) and in the manner set forth in the application for insurance and executed in connection thereof.

17. LOCATION OF THE BOAT: I will not remove the Boat from its anchorage shown in Paragraph 2 of this Mortgage for any period beyond thirty (30) days without your prior written approval.

18. DISPLAY OF DOCUMENT ON BOAT: I will prominently display the Marine Document in the Pilot House, Chart Room, or Master's Cabin. I will also keep a copy of the Recorded First Preferred Ship's Mortgage with the Boat's papers and will show them to all persons having business with the Boat and to you upon demand.

19. BILLS & TAXES: I shall pay when due any repair bills, storage bills, taxes, fines, or other charges on the Boat. You may pay any of these bills if I do not. If you do, I will repay you on demand with interest at the Loan Rate(s) in effect under the Promissory Note.

20. CARE OF THE BOAT: I will keep the Boat in good condition and repair.

21. GOVERNMENT SEIZURE: I will notify you promptly by telephone confirmed by telegraph or cable if the Boat is libeled, attached, seized, detained, or levied upon or taken into custody by any court of authority. I will immediately take steps to have the Boat released. If the Boat is arrested or detained by any Government Authority, I authorize you or your agent in my name to receive or take possession of the Boat and defend any action and/or discharge my lien.

22. INSPECTION OF BOAT & BOOKS: I will at all times let you inspect the Boat and its cargo, and papers and examine any related accounts and records, and shall tell you quarterly, or monthly if you request that all wages and other claims which might create a lien on the Boat have been paid. From time to time, I shall sign and deliver to you any documents and assurances that you or your attorney may require to maintain priority of this Mortgage and to help you carry out resale of the Boat in the event it becomes necessary for you to repossess it. If this Mortgage is given by a Business Entity, it will give you annual and other periodic financial reports you may reasonably request.

23. LATE CHARGES, ATTORNEY FEES & COURT COSTS: I agree to pay any late charges that become due under the Promissory Note, attorney fees, court costs, and any other expenses, losses, charges, or damages incurred, or advances made by you the Mortgagee in the protection of its rights or caused by Owner's default herein under or under the Promissory Note.

24. DEFAULT, ACCELERATION & REPOSSESSION:
(A) DEFAULT: I will be in default if: I have made a false or misleading statement about any important fact in this Mortgage or in the related Promissory Note, application, or any agreement; or I do not make any payment when due; or I die or become insolvent; or I file for Bankruptcy or similar relief or creditors file for bankruptcy against me; or I let someone put a lien on the Boat; or the Boat lessens in value or becomes valueless other than through normal depreciation; or my ability to make timely payments is cut off; or I break any promise I have made in this Mortgage or in the Promissory Note or any agreement; or anything else happens that you in good faith and with reasonable cause to believe may endanger my ability to pay this Mortgage.

IF THIS MORTGAGE IS GIVEN BY A CORPORATION, you may also request full payment if shares of its capital stock are sold or transferred to anyone who was not a guarantor of the obligation secured by this Mortgage at the time that the Promissory Note was signed or the Corporation ceases doing business as a going concern or makes an assignment for the benefit of creditors, liquidates substantially all of its assets or files for dissolution.

(B) ENTIRE BALANCE DUE: If I am in default, you may require that the unpaid balance of the amount financed be paid in full with accrued interest; but no prepayment credit is required because interest is not computed in advance for the term of the debt unless the Promissory Note provides for such penalty. In the case of declaration of default and demand for payment in full, or after maturity of the Promissory Note, the unpaid balance shall bear interest at the interest rate applicable under the Promissory Note. In the case of a judgment, interest on the unpaid balance of the judgment will be payable at the rate of interest applicable under the Promissory Note, or if not permitted by law, at the highest lawful rate of interest under the Laws of the STATE OF MA.

(C) REPOSSESSION: You have the right to repossess the Boat without a Court Order if I default under the Promissory Note or this Mortgage. Otherwise, you have the right to foreclose in Federal Court under the Maritime Laws of the United States. You may demand that I assemble the Boat and all equipment covered by this Mortgage.

(D) EFFECT OF REPOSSESSION: Provided that your repossession of the Boat is accomplished without a breach of peace, I agree to waive all defenses available to me under the Uniform Commercial Code or other applicable laws pertaining to such repossession.

25. REDEMPTION: If you repossess the Boat, I can get it back by paying all past due installments, including interest, late charges, collection expenses and attorney fees including your cost of taking the Boat, moving, storage and similar expenses when I redeem it. My right to redeem will end when the repossessed Boat has been sold. You agree to provide me with written notice of any repossession sale by mailing such notice to the address indicated in Paragraph 1 of this Mortgage.

26. SALE OR USE OF REPOSSESSED BOAT: If you repossess the Boat, you may in my name, lease, charter, operate or use the Boat as you think advisable, being accountable for net profits, if any, and keep the Boat free from charge at my premises or elsewhere at my expense. For this purpose, and subject to any State and/or Federal Regulations, you or your agent are irrevocably appointed my true and lawful attorneys-in-fact to make all necessary transfers of the Boat upon resale after repossession for me and in my name.

27. RESALE CREDIT: If you resell the Boat, any late charges, costs of taking the Boat, storage, costs of sale, (cleaning, repairing, auctioneer's fees, marshal's fees, sales commissions, and advertising), cost of insurance, allowable attorney fees and court costs will be subtracted from the price at which the Boat is sold after repossession. The difference if any, would be my resale credit. If I owe more than the resale credit, I will pay you the deficiency. If I owe less than the resale credit, I will receive the surplus.

28. NO WAIVER OF RIGHTS: You may delay in enforcing any of your rights without losing them.

29. RECEIVER: In any legal action, you may have a receiver appointed for the Boat and its earnings. Any receiver shall have full rights and powers to use and operate the Boat and obtain a Court Decree ordering the sale or other disposition of the Boat.

30. USE OF THE BOAT BY OWNER: Unless I violate this Mortgage, and you repossess the Boat, I shall be permitted to retain actual possession and use of the Boat.

31. TIMELY PAYMENTS: All payments which are required must be made on the due date. Except as provided in Paragraph 24 above, there are no grace periods provided in this Mortgage. If I require additional time to make a payment, I understand that I must obtain authorization or approval for making a late payment in writing in advance.

32. ADDITIONAL SECURITY: This Mortgage is given as additional security to my debt.

33. INVALID PROVISIONS: If any provision of this Mortgage cannot be enforced the rest of the Mortgage will stay in effect.

34. AMENDMENTS: Any change in the terms of the Mortgage must be made in writing and signed by both you and me.

35. CONDITION OF THE BOAT: I hereby acknowledge that neither you nor any of your agents or assigns have made any representations, oral or written, of any nature pertaining to the Boat or its operation. I further acknowledge that neither you nor your assigns manufactured the Boat; therefore, in the event of any legal proceedings filed by you arising out of the Promissory Note or the Mortgage, I waive any and all defenses available to me at Law against you, your agents or assigns, arising out of the Sale or Operation of the Boat.

On the day and year first written above, I/We have signed this Mortgage, or caused this Mortgage to be signed in my name or the Corporate, or Partnership name, by the proper authorized officers.

X _____  
Owner: RISHI KUMAR KAPOOR, Owner

X _____  
Owner: JENNIE ELIZABETH FRANK KAPOOR, Owner

being duly/severally sworn, deposes and says that he/she/they is/are the Mortgagor(s) described herein and who executed the foregoing Mortgage, and that the Mortgage is made in good faith and without any design to hinder, delay, or defraud any existing or future creditors of the Mortgagor or any lien on the Mortgaged Boat. There are no liens, encumbrances, charges, or Mortgages outstanding against the Boat, other than the lien of the foregoing Mortgage. If the Mortgagor is a Corporation, this affidavit is made pursuant to the authorization of the Board of Directors.

## ALL PURPOSE ACKNOWLEDGMENT

STATE OF: FL  
COUNTY OF: Miami-Dade

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

On March 13, 2023 before me Raymond Gonzalez, Notary Public, personally appeared

RISHI KUMAR KAPOOR   JENNIE ELIZABETH FRANK KAPOOR

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of Florida that the foregoing paragraph is true and correct.

WITNESS MY HAND AND OFFICIAL SEAL

_____  
Signature of Notary

COMMISSION EXPIRES: April 13, 2025

Raymond Gonzalez  
Comm. # HH 116723  
Expires: Apr. 13, 2025  
Bonded Thru Aaron Notary

Page 5 of 5

DHS, USCG, CG-1270 (REV. 01-22) 
OMB APPROVED
1625-0027



# UNITED STATES OF AMERICA

DEPARTMENT OF HOMELAND SECURITY
UNITED STATES COAST GUARD

NATIONAL VESSEL DOCUMENTATION CENTER

# *CERTIFICATE OF DOCUMENTATION*

| VESSEL NAME | OFFICIAL NUMBER | IMO OR OTHER NUMBER | YEAR COMPLETED |
|---|---|---|---|
| SUNEETA II | 1334793 | VSC72041B323 | 2023 |

| HAILING PORT | HULL MATERIAL | MECHANICAL PROPULSION |
|---|---|---|
| COCOPLUM FL | FRP (FIBERGLASS) | YES |

| GROSS TONNAGE | NET TONNAGE | LENGTH | BREADTH | DEPTH |
|---|---|---|---|---|
| 82 GRT | 66 NRT | 68.6 | 18.2 | 9.9 |

**PLACE BUILT**

PLYMOUTH UNITED KINGDOM

| OWNERS | OPERATIONAL ENDORSEMENTS |
|---|---|
| RISHI KUMAR KAPOOR<br>JENNIE ELIZABETH FRANK KAPOOR | RECREATION |

**MANAGING OWNER**

RISHI KUMAR KAPOOR
7233 LOS PINOS BLVD
CORAL GABLES FL 33143

**RESTRICTIONS**

NO COASTWISE - FOREIGN BUILT;
NO FISHERY - FOREIGN BUILT

**ENTITLEMENTS**

NONE

**REMARKS**

NONE

**ISSUE DATE**

MARCH 29, 2023

**THIS CERTIFICATE EXPIRES**

MARCH 31, 2028

*Christine G. Wadlan*

DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER

COPYDATA CAPTURE ANTI-FRAUD PROTECTION