AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| UNIBANK FOR SAVINGS,<br>a Massachusetts for Profit Corporation,<br><br>*Plaintiff(s)*<br><br>v.<br><br>M/Y SUNEETA II, her engines, machinery,<br>tackle, apparel, boats, furniture, equipment, rigging,<br>freights, and all other necessary appurtenances, etc.,<br>in rem, and RISHI KUMAR KAPOOR, in personam,<br><br>*Defendant(s)* | Civil Action No. 9:23-cv-81411 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rishi Kumar Kapoor
7233 Los Pinos Blvd
Coral Gables, FL 33143-6463

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert Allen Law, P.A.
Nicholas J. Zeher
1441 Brickell Avenue, Suite 1400
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 10/23/2023

Angela E. Noble
Clerk of Court

s/ Dimas Rodriguez
Deputy Clerk
U.S. District Courts