UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-81411-MIDDLEBROOKS

IN ADMIRALTY

UNIBANK FOR SAVINGS,
*A Massachusetts for-profit corporation*,

       Plaintiff,

v.

M/Y SUNEETA II, her engines, machinery,
tackle, apparel, boats, equipment, rigging,
freights, and all other necessary appurtenances, etc.,
*in rem;* and RISHI KUMAR KAPOOR, *in personam*,
and JENNIE ELIZABETH FRANK KAPOOR,
*in personam,*

       Defendants.
_____/

## ORDER DIRECTING ISSUANCE OF WARRANT OF ARREST IN REM

THIS CAUSE comes before the Court upon Plaintiff's Motion for Issuance of Order Directing the Clerk of Court to Issue a Warrant of Arrest *In Rem* and for Emergency Consideration, filed on October 23, 2023. (DE 7). The Court has reviewed the Motions, record, and is fully advised.

It is **ORDERED AND ADJUDGED** that:

1. Plaintiff's Motion (DE 7) is **GRANTED**. In accordance with Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims and Rules C and E(2) of the Southern District of Florida Local Admiralty Rules, the Clerk is directed to ISSUE a summons and warrant of arrest in rem, authorizing the U.S. Marshal to effect arrest of the Defendant vessel M/Y SUNEETA II, a 2023 68' Princess motor yacht, Hull Identification No.

1

VSC72041B323, along with her engines, tackle, rigging, dinghies, equipment, appurtenances, furniture, etc.

2. Any party seeking to challenge this Order may do so pursuant to Supplemental Admiralty and Maritime Claims Rule E(4)(f) and Local Admiralty Rule C(7).

**SIGNED** in Chambers at West Palm Beach, Florida this 24th day of October, 2023.

_____
Donald M. Middlebrooks
United States District Judge

Cc: Counsel of Record