**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**WEST PALM BEACH DIVISION**

**IN ADMIRALTY**

UNIBANK FOR SAVINGS
a Massachusetts for Profit Corporation,

      Plaintiff,

Case No. 9:23-cv-81411-DMM

v.

M/Y SUNEETA II, her engines, machinery,
tackle, apparel, boats, furniture, equipment, rigging,
freights, and all other necessary appurtenances, etc.,
*in rem*, and RISHI KUMAR KAPOOR, *in personam*,
and JENNIE ELIZABETH FRANK KAPOOR,
*in personam*,

      Defendant(s).
_____/

**WARRANT FOR ARREST *IN REM***

TO THE UNITED STATES MARSHAL FOR THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

      The complaint in the above-styled *in rem* proceeding was filed in the West Palm Beach Division of this Court on October 20, 2023.

      In accordance with Supplemental Rule C for Certain Admiralty and Mairime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the Defendant vessel, M/Y SUNEETA II, her engines, machinery, tackle, apparel, boats, furniture, equipment, rigging, freights, and all other necessary appurtenances, and to detain in your custody pending further order of the Court.

      You shall also give notice of the arrest to all persons required by appropriate Supplemental Rule, Local Admiralty Rule, and the practices of your office.

      ORDERED at West Palm Beach, Florida this _24th_ day of October 2023.



cc:  Counsel of Record

SPECIAL NOTICE

In accordance with Local Admiralty Rule C(6), any person claiming an interest in the vessel and/or property shall be required to file a claim within fourteen (14) days after process has been executed, and shall also be required to file an answer within twenty-one (21) days after the filing of this claim.

Any persons claiming an interest in the vessel and/or property may also pursue the post-arrest remedies set forth in Local Admiralty Rule C(7).

Nicholas J. Zeher, Esq. (Fla. Bar No. 1003565)
Robert E. Machate, Esq. (Fla. Bar No. 1003050)
ROBERT ALLEN LAW
249 Royal Palm Way, Suite 301
Palm Beach, Florida 33480
Tel.:   (305) 372-3300
Fax:   (305) 379-7018
Email:  nzeher@robertallenlaw.com
            rmachate@robertallenlaw.com
            litigation@robertallenlaw.com

*Counsel for Plaintiff*