| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>UNIBANK FOR SAVINGS | COURT CASE NUMBER<br>9:23-cv-81411 |
|---|---|
| DEFENDANT<br>M/Y SUNEETA II | TYPE OF PROCESS<br>Vessel Arrest |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  M/Y "SUNEETA II" a 68' 2023 Princess motor yacht, Hull Identification number VSC72041B323
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  Palm Harbor in West Palm   400 N. Flagler Dr., Suite #A, West Palm Beach, FL 33401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Nicholas J. Zeher, Esq.
Robert Allen Law, P.A.
1441 Brickell Avenue, Suite 1400
Miami, Florida 33131   Tel (305) 372.3300

*mailed 11/1/23*

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
The "M/Y Suneeta" a 68' 2023 Princess motor yacht, Hull Identification number VSC72041B323 located at Palm Harbor in West Palm. Contact Substitute Custodian, G. Robert Toney (954-647-7194), Bill O' Dell: 954-599-3340, and Plaintiff's lawyer Nick Zeher, Cell number (561) 251.0967 to coordinate arrest.

Signature of Attorney other Originator requesting service on behalf of: *Nick Zeher /RM*   [X] PLAINTIFF   [ ] DEFENDANT
TELEPHONE NUMBER: (305) 372.3300
DATE: 10/25/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin No.<br>004 | District to Serve No.<br>004 | Signature of Authorized USMS Deputy or Clerk | Date<br>10/31/23 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 10/31/23   Time: 1400   [X] pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy: *Chaves #2729*

Costs shown on *attached USMS Cost Sheet* >>

REMARKS
10/31/23 - Vessel M/Y "Suneeta" was seized/arrested. *(initials)*

FILED BY **MLG** D.C.
NOV 01 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

26 OCT 2023 PM04:21
USM S/FL:WST PLM BCH - C04

Form USM-285
Rev. 03/21