IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

CASE NO.: 9:23-CV-81411-DMM

UNIBANK FOR SAVINGS
a Massachusetts for Profit Corporation,

    Plaintiff,

v.

M/Y SUNEETA II, her engines, machinery,
tackle, apparel, boats, furniture, equipment, rigging,
and all other necessary appurtenances, etc., *in rem*,
RISHI KUMAR KAPOOR, *in personam,* and
JENNIE ELIZABETH FRANK KAPOOR, *in personam*,

    Defendant(s).
_____/

## VERIFIED CLAIM OF OWNER

    Claimant/Owner, RISHI KUMAR KAPOOR, by and through his undersigned counsel and pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims and Local Admiralty Rule C(6)(a), hereby submits his Verified Claim of Owner as to the *in rem* claims raised by Plaintiff in the above-captioned action against the Defendant Vessel, M/Y SUNEETA II – one 2023 66.80' Princess Yacht Limited motor yacht bearing Hull Identification Number VSC72041B323 and Official Number 1334793, and its tenders, engines, generators, tackle, and appurtenances, *in rem* ("Vessel").

1. Claimant/Owner alleges and avers that he is the true and bona fide owner of the Vessel and that he has (and had at all times material) an equitable and/or possessory interest in the Vessel.

2. This claim is made by the Claimant/Owner for the sole purpose of securing his right and privilege to defend his interest in the Vessel against the Verified Complaint for Vessel Arrest [ECF No. 1].

3. The Claimant/Owner and the Vessel does not waive any rights to file pleadings or motions directed to the Verified Complaint for Vessel Arrest [ECF No. 1] or any amendments thereto.

## VERIFICATION

1. I am the Claimant/Owner of the Defendant Vessel in the above-captioned lawsuit and have the authority to execute this Verification.

2. I have read the foregoing Verified Claim of Owner and know the contents thereof are true of my own knowledge, except as to the matters therein stated upon information and belief and as to those matters, I believe they are to be true.

3. Under penalties of perjury, I declare that I have read the foregoing Verified Claim of Owner and that the facts stated in it are true to the best of my knowledge and belief. Florida Statute §92.525(1)(c)(2). I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. 28 U.S.C. § 1746. Executed on this 14th day of November 2023.

Name: RISHI KUMAR KAPOOR

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served a copy thereof on all counsel of record.

> By: /s/ James H. Perry, II
> James H. Perry, II
> Florida Bar No.: 991491
> perry@maritimeattorneys.com
>
> Michael P. Perry, Esq.
> Florida Bar No.: 1048868
> michaelperry@maritimeattorneys.com
>
> PERRY & NEBLETT, P.A.
> 1650 SE 17th Street, Suite 200
> Fort Lauderdale, FL 33316
> Telephone:  954-500-1000
> Facsimile:   954-500-2000
> *Counsel for Defendants*

## SERVICE LIST

Nicholas J. Zeher, Esq.
Fla. Bar No. 1003565
nzeher@robertallenlaw.com

Robert E. Machate, Esq.
Fla. Bar No. 1003050
rmachate@robertallenlaw.com

ROBERT ALLEN LAW
249 Royal Palm Way, Suite 301
Palm Beach, Florida 33480
Tel.:   (305) 372-3300
Fax:   (305) 379-7018
*Counsel for Plaintiff*