IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

IN ADMIRALTY

UNIBANK FOR SAVINGS
a Massachusetts for Profit Corporation,

      Plaintiff,

Case No. 9:23-cv-81411-DMM

v.

M/Y SUNEETA II, her engines, machinery,
tackle, apparel, boats, furniture, equipment, rigging,
freights, and all other necessary appurtenances, etc.,
*in rem*, and RISHI KUMAR KAPOOR, *in personam,*
and JENNIE ELIZABETH FRANK KAPOOR,
*in personam*

      Defendant(s).
_____/

## NOTICE OF STRIKING EXHIBIT

Plaintiff UNIBANK FOR SAVINGS, (hereinafter "Plaintiff") by and through their undersigned counsel, hereby serves this Notice of Striking Docket Entry 1-2, Exhibit A to the Complaint. Plaintiff will refile a redacted version and a Notice of Filing.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF this 15th day of November, 2023, to all counsel of record.

Dated: November 15, 2023                    Respectfully submitted,

2

/s/ *Nicholas J. Zeher*
Nicholas J. Zeher, Esq. (Fla. Bar No. 1003565)
Robert E. Machate, Esq. (Fla. Bar No. 1003050)
ROBERT ALLEN LAW
249 Royal Palm Way, Suite 301
Palm Beach, Florida  33480
Tel.:    (305) 372-3300
Fax:    (305) 379-7018
Email: nzeher@robertallenlaw.com
           rmachate@robertallenlaw.com
           litigation@robertallenlaw.com

*Counsel for Plaintiff*