IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
IN ADMIRALTY

CASE NO. 9:23-CV-81411-DMM

UNIBANK FOR SAVINGS

    Plaintiff,

v.

M/Y SUNEETA II, RISHI KUMAR KAPOOR,
and JENNIE ELIZABETH FRANK KAPOOR,

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, UNIBANK FOR SAVINGS, and Defendants, M/Y SUNEETA II, RISHI KUMAR KAPOOR, and JENNIE ELIZABETH FRANK KAPOOR, by and through the undersigned counsel, and pursuant to all applicable Rules of Civil Procedure, including Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby file this Joint Stipulation of Dismissal with Prejudice in the above-styled action; each party to bear its own attorneys' fees and costs.

    Respectfully submitted,

| | |
|---|---|
| */s/ James Perry* | */s/ Nicholas J. Zeher* |
| Fla Bar No. 991491 | Nicholas J. Zeher, Esq. (Fla. Bar No. 1003565) |
| PERRY & NEBLETT, P.A. | Robert E. Machate, Esq. (Fla. Bar No. 1003050) |
| 1650 SE 17th Street, Suite 200 | ROBERT ALLEN LAW |
| Fort Lauderdale, FL 33316 | 249 Royal Palm Way, Suite 301 |
| Telephone: 954-500-1000 | Palm Beach, Florida 33480 |
| Facsimile: 954-500-200 | Tel.: (305) 372-3300 |
| Email: perry@maritimeattorneys.com | Email: nzeher@robertallenlaw.com |
|     michaelperry@maritimeattorneys.com |     rmachate@robertallenlaw.com |
| |     litigation@robertallenlaw.com |
| *Counsel for Defendants* | *Counsel for Plaintiff* |

1

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 10th day of April 2024, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served a copy thereof on all counsel of record.

By: */s/ James H. Perry, II*
James H. Perry, II
Florida Bar No.: 991491
perry@maritimeattorneys.com

Michael P. Perry, Esq.
Florida Bar No.: 1048868
michaelperry@maritimeattorneys.com

PERRY & NEBLETT, P.A.
1650 SE 17th Street, Suite 200
Fort Lauderdale, FL 33316
Telephone:   954-500-1000
Facsimile:   954-500-2000
*Counsel for Defendants*

## SERVICE LIST

Nicholas J. Zeher, Esq.
Fla. Bar No. 1003565
nzeher@robertallenlaw.com

Robert E. Machate, Esq.
Fla. Bar No. 1003050
rmachate@robertallenlaw.com

ROBERT ALLEN LAW
249 Royal Palm Way, Suite 301
Palm Beach Florida, 33480
Tel.:   (305) 372-3300
Fax:   (305) 379-7018
*Counsel for Plaintiff*