UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO. 23-81411-CV-MIDDLEBROOKS

UNIBANK FOR SAVINGS,
*A Massachusetts for-profit corporation*,

      Plaintiff,

v.

M/Y SUNEETA II, her engines, machinery,
tackle, apparel, boats, equipment, rigging,
freights, and all other necessary appurtenances, etc.,
*in rem;* and RISHI KUMAR KAPOOR, *in personam*,
and JENNIE ELIZABETH FRANK KAPOOR,
*in personam*,

      Defendants.
_____/

## ORDER DIRECTING US MARSHAL TO RELEASE VESSEL

THIS CAUSE comes before the Court on the Plaintiff's Unopposed Motion for Release of the Defendant vessel, the M/Y Suneeta II, from the Court's custody and placed into the custody of Plaintiff, Unibank for Savings, filed on April 10, 2024. (DE 110). As the requested relief is unopposed, I will grant the Motion.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion for Release of a Vessel (DE 110) is **GRANTED**.

(2) In accordance with Supplemental Rule E(5) and Local Admiralty Rule E(8)(a), the United States Marshal and Substitute Custodian holding the Defendant vessel, M/Y Suneeta II, are directed **TO RELEASE** the M/Y Suneeta II and any other property held in this action to the custody of Unibank for Savings.

**SIGNED** in Chambers, at West Palm Beach, Florida, this ___ day of April, 2024.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE